**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: Nicole M Murphy | ) | Case no. 19-20813 |
| | ) | |
| | ) | Chapter 13 |
| | ) | |
| Debtor | ) | Judge: Janet S. Baer |
| | ) | |

**NOTICE OF OBJECTION**

Please take notice that Glenn Stearns, Chapter 13 Trustee objects to the Debtor's motion to incur debt docket # 25.

1. Need amended schedules I and J filed.
2. Need proof of current income.

/s/ Pam Peterson
For: Glenn Stearns, Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL 60532-4350
Ph: (630) 981-3888